**The relief described hereinbelow is SO ORDERED**

**Done this 8th day of January, 2015.**



*Dwight H. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:

|  |  |
|---|---|
| | **Chapter 13** |
| **JAMES D. SEARIGHT,** | **Case No.14-32802** |
| Debtor(s) | |

## AGREED ORDER

COMES NOW the Creditor, State of Alabama Department of Human Resources, Child Support Enforcement Division, through undersigned counsel, Jennifer M. Bush, and debtor James D. Searight, through his attorney of record, C. Brandon Sellers, and agree to settle the objection to confirmation of Creditor Alabama DHR as follows:

1.  Proof of Claim #4 filed by Alabama DHR in the amount of $34,873.97 shall be bifurcated with $4,350.00 being paid through the chapter 13 plan with a specified monthly payment in the amount of $75.00. Any amount remaining due and unpaid on such claim or other accrued amounts shall be treated as a direct pay claim under the plan and shall survive discharge if entered in this case.

2.      Proof of Claim #3 filed by Alabama DHR in the amount of $4,351.44 shall be

bifurcated with $1,450.00 being paid through the chapter 13 plan with a specified

monthly payment in the amount of $25.00.  Any amount remaining due and

unpaid on such claim or other accrued amounts shall be treated as a direct pay

claim under the plan and shall survive discharge if entered in this case.

3.      The debtor's payments to the Trustee shall increase to $460.00 monthly to

maintain feasibility of the debtor's plan.

4.      By agreement of the parties, the automatic stay imposed pursuant to 11 U.S.C.

§362 is lifted and the State of Alabama Department of Human Resources is free to

liquidate, collect and enforce all post-petition domestic support obligations due by the

Debtor being collected by the Department by all means available under federal and state

law and specifically referenced above.

It is hereby **ORDERED.**

###END OF ORDER###

Approved in advance by:

/s/ Jennifer M. Bush_____
Jennifer M. Bush (Bus016)
Assistant Attorney General
State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama  36130-4000
Phone:  (334) 242-9330
Fax:  (334) 242-0689
jennifer.bush@dhr.alabama.gov

Submitted by:

*/s/ C. Brandon Sellers, III*
C. Brandon Sellers, III
Attorney for Debtor